**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Anietie James OKPON, aka Seal
B, Defendant—Appellant.**

**No. 03–50075.**

United States Court of Appeals,
Ninth Circuit.

Submitted March 8, 2006.*

Decided March 17, 2006.

Wesley L. Hsu, Esq., Office of the U.S. Attorney, Criminal Division, Los Angeles, CA, for Plaintiff—Appellee.

Anietie James Okpon, Taft, CA, pro se.

Before: CANBY, BEEZER and KOZINSKI, Circuit Judges.

MEMORANDUM ** and ORDER

Anietie James Okpon appeals from the 78–month sentence imposed following his jury trial conviction for conspiracy, in violation of 18 U.S.C. § 371, loan fraud, in violation of 18 U.S.C. § 1014, mail fraud, in violation of 18 U.S.C. § 1341, and wire fraud, in violation of 18 U.S.C. § 1343. We have jurisdiction pursuant to 28 U.S.C. § 1291.

Okpon contends that the district court violated his Sixth Amendment rights when it ordered restitution. This claim is foreclosed by *United States v. Bussell,* 414 F.3d 1048, 1060 (9th Cir.2005) (stating that district court orders of restitution are

---

unaffected by *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005)). Accordingly, we affirm the district court's order of restitution.

Okpon was sentenced under the then-mandatory Sentencing Guidelines, and we cannot reliably determine from the record whether the sentence imposed would have been materially different had the district court known that the Guidelines were advisory. *See United States v. Ameline*, 409 F.3d 1073 (9th Cir.2005) (en banc).

Okpon shall notify the court within 14 days of the filing date of this memorandum disposition if appellant wants to pursue an *Ameline* remand. *See id.* at 1084. If Okpon does not respond to this inquiry, the district court's sentence shall be affirmed.

**BRIEFING ORDERED.**

Wayne Strumpfer, Clayton Susumu Tanaka, Esq., Office of the California Attorney General, Sacramento, CA, for Respondents–Appellees.

Before: CANBY, BEEZER, and KOZINSKI, Circuit Judges.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.